HARDIN, KUNDLA, MCKEON & POLETTO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
110 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 571-0111
FAX (212) 571-1117

www.HKMPP.com

**John S. Favate**
jfavate@hkmpp.com

Member of N.J. and N.Y. Bar

**NEW JERSEY OFFICE**
673 Morris Avenue
Springfield, New Jersey 07081
(973) 912-5222
FAX (973) 912-9212

**PENNSYLVANIA OFFICE**
60 West Broad Street
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/02/2025

September 2, 2025

VIA: CM/ECF

Honorable Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: Ohio Security Ins. Co. v. State Farm Fire and Casualty Company
        Index No: 1:25-cv-06181

Dear Judge Garnett:

    I represent plaintiff, Ohio Security Insurance Company ("OSIC"). On behalf of OSIC, pursuant to Your Honor's Individual Rules & Practices Section I(B)(5), I respectfully submit this letter motion seeking to adjourn the Initial Pretrial Conference scheduled for September 9, 2025. The reason for the proposed adjournment is that defendant, State Farm Fire and Casualty Company ("State Farm"), has yet to appear in this case. There has been no previous request for an adjournment of this conference. State Farm has not consented because it has not appeared in the case.

    Pursuant to §1212 of the New York Insurance Law, State Farm was served through the State of New York Department of Financial Services on July 31, 2025 (ECF Doc. Nos. 7 and 9). The deadline for State Farm to Answer or otherwise move with respect to the Complaint was August 21, 2025 (ECF Doc. No. 9). There has been no request to extend that deadline. On August 25, 2025, I filed a Request for Default, a supporting Affirmation and a proposed Clerk's Certificate of Default (ECF Doc. Nos. 10, 11 and 12).

Ohio Security Ins. Co. v. State Farm Fire and Casualty Company
Page 2
September 2, 2025

    Because there has been no appearance by State Farm to date, I have not been able to confer with State Farm's attorney regarding a Civil Case Management Plan and Scheduling Order.

    Under the circumstances, I respectfully submit that proceeding with an Initial Pretrial Conference without an attorney for State Farm participating will not be productive. Therefore, pending disposition of the Request for Default and/or the appearance of an attorney for State Farm, the Initial Pretrial Conference should be continued.

    The Court's consideration is greatly appreciated.

Respectfully,

John S. Favate

JSF:CC

cc: Jeff Dudwoire
    State Farm Fire and Casualty Company
    c/o Corporation Service Company
    80 State Street
    Albany, NY  12207
    (via U.S. Mail)

    State Farm Fire and Casualty Company
    1 State Farm Plaza
    Bloomington, IL  61710
    (via U.S. Mail)

---

GRANTED. The Initial Pretrial Conference scheduled for September 9, 2025, is hereby ADJOURNED *sine die*. The Court *sua sponte* extends the time for Defendant to answer the Complaint (Dkt. No. 1) to on or before **September 12, 2025**. A certificate of default may issue if Defendant fails to answer the Complaint by that time. Counsel for Plaintiff is ORDERED to serve a copy of this Order on Defendant by **September 4, 2025** and file proof of service.

SO ORDERED. Dated September 3, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE